UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ACCESS BUSINESS GROUP                             :
INTERNATIONAL LLC and cargo insurers,
                                                  :
         Plaintiffs,
                                                  :   07 Civ. 6481 (PKL)
     - against -                                      **ECF CASE**
                                                  :
BURLINGTON NORTHERN SANTA FE                          **RULE 7.1**
RAILWAY CO.; *et al.*                             :   **DISCLOSURE STATEMENT**

         Defendants.                              :
-----------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private nongovernmental corporate party discloses that the following are parent corporations of that party and the publicly held corporations that own 10% or more of the party's stock:

> Alticor Inc. is the parent company of Access
> Business Group International Inc.
> Royal & Sun Alliance Insurance Group plc
> Royal Insurance Holdings plc

Date:  New York, New York
       July16, 2007                    *s/David L. Mazaroli*

                                       _____
                                       David L. Mazaroli (DM 3929)
                                       Attorney for Plaintiffs
                                       11 Park Place - Suite 1214
                                       New York, New York 10007
                                       Tel.: (212)267-8480
                                       Fax.: (212)732-7352
                                       E-mail: dlm@mazarolilaw.com
                                       File No.: 7R-1524