LAW OFFICES
**DAVID L. MAZAROLI**
11 PARK PLACE
SUITE 1214
NEW YORK, NY 10007-2801

**MEMO ENDORSED**

MEMBER OF NEW YORK &
LOUISIANA BARS

TELEPHONE: (212) 267-8480
FACSIMILE: (212) 732-7352

September 19, 2007



Honorable Peter K. Leisure
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/20/2007

Re:   Access Business Group, et al.
v. Burlington Northern Santa Fe Railway Company, et al.
07 Civ. 6481 (PKL)
Our File: 7R-1524

Dear Judge Leisure:

I represent the plaintiffs in this action which involves a claim for cargo loss and damage due to a derailment. As I have overseas travel scheduled during the period including September 24 thru October 3, 2007, I respectfully request a brief adjournment of the conference scheduled for October 4, 2007 at 11:00 a.m.

To date no answer has been filed by the defendants and there has been no previous request for an adjournment in this action. However, I have been informed that Ronald Joseph, Esq. will be representing the defendants and will file responsive pleadings shortly.

The Court's attention is appreciated.

Respectfully,

David L. Mazaroli
dlm@Mazarolilaw.com

DLM/jcf

cc:   Ronald Joseph, Esq. (Via e-mail: RJoseph@lcbf.com)

Adjourned to November 15, 2007 at 11:30 a.m.
**SO ORDERED.**
**New York, New York**
September 20, 2007

Peter K. Leisure
U.S.D.J.