```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
                                   :
ACCESS BUSINESS GROUP              
INTERNATIONAL, LLC,                
                                   :
          Plaintiff,                       ORDER
                                   :
     -against-                             07 Civ. 6481 (PKL)(MHD)
                                   :
BURLINGTON NORTHERN RAILROAD       
COMPANY et al.,                    
                                   :
          Defendants.              
                                   :
----------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

It is hereby **ORDERED** that a settlement conference has been scheduled in the above-captioned action on **TUESDAY, MARCH 18, 2008 at 2:00 PM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**DATED:** New York, New York
March 3, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been sent this date to:

David Louis Mazaroli
Law Offices of David L. Mazaroli
11 Park Place
Suite 1214
New York, NY 10007

Ronald E Joseph
Landman Corsi Ballaine & Ford PC
120 Broadway, 27th Floor
New York, NY 10271