USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08

LAW OFFICES
DAVID L. MAZAROLI
11 PARK PLACE
SUITE 1214
NEW YORK, NY 10007-2801

MEMBER OF NEW YORK &
LOUISIANA BARS

TELEPHONE: (212) 267-8480
FACSIMILE: (212) 732-7352

**MEMO ENDORSED**

RECEIVED
CHAMBERS OF

MAR – 4 2008

PETER K. LEISURE

March 4, 2008

**BY HAND**

Honorable Peter K. Leisure
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**JOINT APPLICATION**

    Re:    Access Business Group, et al.
           v. Burlington Northern Santa Fe Railway Company, et al.
           07 Civ. 6481 (PKL)
           Our File: 7R-1524

Dear Judge Leisure:

    I represent the plaintiffs. With the consent of defense counsel this joint application is respectfully submitted to request that the motion deadlines set at the last court conference be reschedlued. The reason for this application is that a settlement conference is scheduled before Magistrate Judge Dolinger on March 18, 2008. Counsel believe that pending completion of the settlement conference it makes sense to defer motion practice. With this in mind counsel join in respectfully requesting that the motion and admission response deadlines be reset as follows:

    March 28, 2008………Defendants' Transfer Motion
    April 4, 2008…………..Defendants' Response to Plaintiffs' Admission Requests
    April 18, 2008………..Plaintiffs' Opposition and Cross-Motion
    May 2, 2008…………..Defendants' Reply and Opposition
    May 12, 2008…………Plaintiffs' Reply

    The Court's attention is appreciated.

                Respectfully submitted,

                David L. Mazaroli

3/06/08
SO ORDERED
/s/ Peter K. Leisure
USDJ

cc:    Landman Corsi Ballaine & Ford P.C.
       Attn.: Arjay G. Yao, Esq. (Via e-mail: ayao@lcbf.com )