David L. Mazaroli (DM-3929)
Attorney for Plaintiffs
11 Park Place – Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480

------------------------------x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

ACCESS BUSINESS GROUP
INTERNATIONAL LLC and cargo insurers,

    Plaintiffs,

  - against -

BURLINGTON NORTHERN SANTA FE
RAILWAY COMPANY; BURLINGTON
NORTHERN SANTA FE CORP.; BNSF
RAILWAY COMPANY; NIPPON YUSEN
KABUSHIKI KAISHA; NIPPON YUSEN
KAISHA; NYK LINE; NYK LINE (NORTH
AMERICA) INC.:

    Defendants.
------------------------------x

07 Civ. 6481 (PKL) (MHD)

**STIPULATION & ORDER
OF DISCONTINUANCE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/28/08

    A settlement agreement having been reached, it is hereby stipulated and agreed that this action, including all cross-claims, is discontinued as to all parties pursuant to Rule 41 (a) (1)(ii) Federal Rules of Civil Procedure, with prejudice but with each party to pay its own costs and attorney fees.

    It is further stipulated and agreed that, if the settlement funds are not paid by defendants within sixty (60) days of the entry of this order, this action will be restored to the active docket of the Court upon letter application of plaintiffs' counsel.

Dated: New York, New York
     April 28, 2008

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

07 Civ. 6481 (PKL)(MD)
Stipulation & Order of Discontinuance
Page 2

                    LAW OFFICES,
                    DAVID L. MAZAROLI

                    _____
                    David L. Mazaroli (DM 3929)
                    Attorney for Plaintiffs
                    11 Park Place - Suite 1214
                    New York, New York 10007
                    Tel.: (212)267-8480
                    Fax.: (212)732-7352
                    E-mail: dlm@mazarolilaw.com
                    File No.: 7R-1524

Landman Corsi Ballaine & Ford P.C.
Attorneys for Defendants
BURLINGTON NORTHERN
SANTA FE RAILWAY COMPANY
BURLINGTON NORTHERN
SANTA FE CORP.
BNSF RAILWAY COMPANY
NIPPON YUSEN KABUSHIKI KAISHA
NIPPON YUSEN KAISHA
NYK LINE; NYK LINE (NORTH AMERICA) INC.

By: _____
Ronald E. Joseph (RJ-9302)
Arjay G. Yao (AY-0506)
120 Broadway, 27th Floor
New York, New York 10271
Tel.: (212)238-4800